UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| SYLVIA LOPEZ § § § | |
| Plaintiff, § § | |
| V. § | C.A. No. 7:13-cv-00654 |
| § § | |
| CASTLEPOINT NATIONAL INS. CO., § WELLINGTON CLAIM SERVICE INC. § AND ABJ ADJUSTERS, INC. | |
| § | |
| Defendants. § | |

## PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES

COMES NOW Plaintiff SYLVIA LOPEZ and files this Disclosure of Interested Parties, and would respectfully show the Court as follows:

1. Plaintiff, Sylvia Lopez;
2. Defendant, Castlepoint National Insurance Company;
3. Defendant, Wellington Claim Service Inc.; and
4. Defendant, ABJ Adjusters, Inc.

Respectfully submitted,

DOYLE RAIZNER LLP

_____
JEFFREY L. RAIZNER
State Bar No. 00784806
MICHAEL PATRICK DOYLE
State Bar No. 06095650
KIM GOODLING
State Bar No. 24036659

OF COUNSEL:

Doyle Raizner LLP
Lyondell Basell Tower
1221 McKinney, Suite 4100
Houston, Texas 77010
Phone: 713.571.1146
Fax:  713.571.1148

**ATTORNEYS FOR PLAINTIFFS**

<u>**CERTIFICATE OF SERVICE**</u>

I, the undersigned attorney, do hereby certify that a true and correct copy of the foregoing document was forwarded to the following counsel of record on this the 31st day of December, 2013 via CM/ECF, pursuant to the Federal Rules of Civil Procedure:

_____
JEFFREY L. RAIZNER